## 13243.　BLACKSTOCK *v.* THE STATE.

BROYLES, C. J. 1. The venue of the crime was clearly proved.

2. The evidence authorized the jury to find that the accused made an assult upon his wife with the intent to murder her, and that he assaulted her with a weapon likely to produce death.

3. The verdict was amply authorized by the evidence, and it was not error for any reason assigned to overrule the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 11, 1922.

Indictment for assault with intent to murder; from Fulton superior court — Judge Roop presiding. December 17, 1921.

*Chappell, Ray & Andrew,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.

---

## 13244.　KING *v.* THE STATE.

LUKE, J. 1. The conviction of the offense of larceny was authorized by the evidence.

2. The special grounds of the motion for a new trial based upon the court's rulings upon the admissibility of evidence do not show what objections were urged at the time to the evidence complained of. These grounds of the motion for a new trial fall within the rulings announced in *Wynn* v. *State,* 123 *Ga.* 566 (1) (51 S. E. 636), and *McKee* v. *Hurst,* 21 *Ga. App.* 571 (2) (94 S. E. 886).

3. The charge of the court was full and fair and adjusted to the evidence. There is no merit in the assignments of error attacking the charge. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 11, 1922.

Indictment for larceny; from Fulton superior court — Judge Blair presiding. December 17, 1921.

*Irene L. Bell, Ernest C. Bell, Tillou Von Nunes,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.